**CERTIFICATE OF SERVICE**

I, Joel Harmon, declare that:

I am employed in the County of Alameda, City of Oakland, California. I am over the age of 18 years and not a party to the within cause; my business address is 1814 Franklin Street, Suite 900, Oakland, California 94612.

On July 25, 2008 I served the attached:

**Summons; Complaint; Order Setting Initial Case Management Conference and ADR Guidelines; Standing Orders; ECF Registration Information Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Blank "Consent to Proceed before a United States Magistrate Judge" form. Re: <u>Fred Rogers, aka Fred Rogers Jr., vs. John E. Potter, Postmaster General, United States Postal Service, Does 1 to 10;</u> U.S. District Court Northern District of California, Case No. C-08-02897 BZ**

on the interested parties in said action, by placing true copy thereof as indicated below as follows:

**John E. Potter, Postmaster General
United States Postal Service
475 L'Enfant Plaza SW
Washington D.C. 20260**

**United States Attorney,
Jeffrey A. Taylor
501 3rd Street
Washington D.C. 20530**

**[XX] BY CERTIFIED MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail, in the City of Oakland, California.

**[ ] BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand on the office(s) of the address(es).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed in Oakland, California, on July 25, 2008.

```
           _____/s/_____
                  Joel Harmon
```