AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on U.S. Attorney Joseph P. Russoniello CA. ~~Northern District~~ SF. by:

(1) personally delivering a copy of each to the individual at this place. 11th floor, federal Building, 450 Golden Gate Ave, S.F., CA. 94102 ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

Date: 9/3/08

Joel Harmon
Server's signature

Joel Harmon
Legal assistant to Michael C. Cohen
Printed name and title

1814 Franklin St., Suite 900
Oakland, CA 94612
Server's address